1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff NGOC LAM CHE
6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | NGOC LAM CHE, an individual          )   Case No.: 5:15-cv-01620-PSG
                                          )
12 |         Plaintiff,                   )   **[PROPOSED] ORDER RE STIPULATION**
                                          )   **OF VOLUNTARY DISMISSAL WITH**
13 |    vs.                               )   **PREJUDICE**
                                          )
14 | EASTRIDGE SHOPPING CENTER, LLC., a   )
     limited liability company; and DOES 1 through )
15 | 10,                                  )
                                          )
16 |         Defendants.                  )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24

25

26

27

28

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated  February 16, 2016

Hon. Paul S. Grewal
Magistrate Judge, United States District Court,
Northern District of California